No. 435. HARRY B. DAVIS ET AL., PETITIONERS, *v.* THOMAS R. JONES ET AL. January 15, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. E. Hayward Fairbanks* for

petitioners.  *Mr. Melville Church* and *Mr. Robert Watson* for respondents.